# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2019

159552

RENEE GERGER,
      Plaintiff-Appellee,

v

JOHN HART, M.D., and ASSOCIATES IN
OPHTHALMOLOGY, P.C.,
      Defendants-Appellants.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159552
COA: 345654
Oakland CC: 2017-158132-NH

_____/

      On order of the Court, the application for leave to appeal the March 27, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2019



Clerk

p1010